# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| DARRYL WAYNE BELL | § | |
| | § | |
| Petitioner, | § | |
| vs. | § | CIVIL ACTION H-08-0837 |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| | § | 2-08CV-072-J |
| Respondent. | § | |

## MEMORANDUM AND OPINION

Petitioner filed this action seeking habeas corpus relief under 28 U.S.C. § 2254, challenging a disciplinary conviction at the Clements Unit. He is currently serving a sentence for a conviction in the 174th Judicial District Court of Harris County, Texas, which is located within the Houston Division of the United States District Court for the Southern District of Texas. Petitioner is currently confined at the Clements Unit, which is located within the Amarillo Division of the United States District Court for the Northern District of Texas.

> Where an application for a writ of habeas corpus is made by a person in custody under the judgment and sentence of a State court of a State which contains two or more Federal judicial districts, the application may be filed in the district court for the district wherein such person is in custody or in the district court for the district within which the State court was held which convicted and sentenced him. . . .

28 U.S.C. § 2241(d).

This court finds that the interests of justice would be better served by transferring this case to the Amarillo Division. Petitioner challenges the forfeiture of good time credits

following a disciplinary hearing. The prison disciplinary hearing records and records concerning the calculation of petitioner's good time credits and his eligibility for release to mandatory supervision are presumed to be where petitioner is confined.

Under 28 U.S.C. § 2241(d), this court may transfer the writ to the district where the petitioner is currently confined. The Clerk is ordered to transfer this application for writ of habeas corpus to the Clerk of the Northern District of Texas, Amarillo Division.

SIGNED on March 31, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge